**BRODSKY & SMITH, LLC**
Evan J. Smith, Esquire
Ryan P. Cardona, Esquire
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Phone: (877) 534-2590
Facsimile: (610) 667-9029
esmith@brodsky-smith.com

*Attorneys for Plaintiff Nicholas Neinast*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS NEINAST, individually and on behalf of all others similarly situated, | **Civil Action No. 3:18-cv-03112-VC** |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| v. | |
| OCLARO, INC., MARISSA PETERSON, EDWARD COLLINS, GREG DOUGHERTY, KENDALL COWAN, DENISE HAYLOR, IAN SMALL, BILL SMITH, JOEL A. SMITH III, LUMENTUM HOLDINGS INC., PROTA MERGER SUB, INC., and PROTA MERGER, LLC, | |
| Defendants. | |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Nicholas Neinast, by counsel, hereby gives notice that he is dismissing all claims in the above-captioned matter, with prejudice to himself and without prejudice as to all others similarly situated.  Because this notice of

dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal if the Action is effective upon the filing of this notice.

Dated: July 27, 2018  **BRODSKY & SMITH, LLC**

By:

*/s/ Evan J. Smith*
Evan J. Smith, Esquire
Ryan P. Cardona, Esquire
9595 Wilshire Blvd., Ste. 900
Phone: (877) 534-2590
Facsimile (310) 247-0160
esmith@brodskysmith.com
rcardona@brodskysmith.com

- 2 -
NOTICE OF VOLUNTARY DISMISSAL